226 So.2d 923

**Jack M. CHANEY and Mary Taylor Chaney**

**v.**

**Frank C. CARROL and The Travelers Indemnity Company.**

**No. 50041.**

Oct. 14, 1969.

In re: Jack M. Chaney and Mary Taylor Chaney applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 224 So.2d 57.